```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONNA RUSSELL, ZAFIR COPPINSON,       :
in behalf of themselves and in behalf :
of their child, BARAKKAAT COPPINSON   :
                                      :
                Plaintiffs,           :
                                      :
           -against-                  :   04 CV 00099 (KTD)
                                      :
THE CITY OF NEW YORK, MICHAEL R.      :
BLOOMBERG, Mayor of the City of       :
New York; ADMINISTRATION FOR CHILDREN'S :
SERVICES, WILLIAM C. BELL, individually :
and as child protective specialist of :
the Administration for Children's     :
Services, THE SALVATION ARMY and      :
JEANETTE RODRIGUEZ, individually and as :
Supervisor for the Salvation Army, and :
GLADYS ORTIZ, foster parent.          :
                                      :
                                      :   MEMORANDUM & ORDER
                                      :
                                      :
                Defendants.           :
                                      :
------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

Due to the inactivity of any party in this case since 2005, despite repeated attempts by this Court to ascertain the status of this case, this Court *sua sponte* orders that this case be DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule

41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute.").

SO ORDERED.

Dated:   New York, N.Y.
         September 21, 2011

_____
KEVIN THOMAS DUFFY, U.S.D.J.

USDC SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DATE FILED: 9-26-11

2