```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONNA RUSSELL, ZAFIR COPPINSON,      :
in behalf of themselves and in behalf:
of their child, BARAKKAAT COPPINSON  :
                                     :
               Plaintiffs,           :
                                     :
         -against-                   :   04 CV 00099 (KTD)
                                     :
THE CITY OF NEW YORK, MICHAEL R.     :
BLOOMBERG, Mayor of the City of      :
New York; ADMINISTRATION FOR CHILDREN'S :
SERVICES, WILLIAM C. BELL, individually :
and as child protective specialist of:
the Administration for Children's    :
Services, THE SALVATION ARMY and     :
JEANETTE RODRIGUEZ, individually and as :
Supervisor for the Salvation Army, and :
GLADYS ORTIZ, foster parent.         :
                                     :
                                     :   MEMORANDUM & ORDER
                                     :
                                     :
               Defendants.           :
                                     :
------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

Due to the inactivity of any party in this case since 2005, despite repeated attempts by this Court to ascertain the status of this case, this Court *sua sponte* orders that this case be DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule

41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute.").

SO ORDERED.

Dated:   New York, N.Y.
         September 21, 2011

_____
KEVIN THOMAS DUFFY, U.S.D.J.